**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RONALD CUSSON,

Plaintiff,

v.                                                   Case No. 6:10-cv-1649-Orl-28GJK

PHILLIPS & COHEN ASSOCIATES, LTD, CORP.,

Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

  Plaintiff, RONAL CUSSON  (hereinafter referred to as "Plaintiff"), through undersigned

counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: January 7, 2011                        Respectfully submitted,

                <u>/s Andrew I. Glenn        </u>
                Andrew I. Glenn
                E-mail:  Andrew@cardandglenn.com
                Florida Bar No. 577261
                J. Dennis Card, Jr.
                E-mail:  Dennis@cardandglenn.com
                Florida Bar No. 0487473
                Card & Glenn, P.A.
                2501 Hollywood Boulevard, Suite 100
                Hollywood, Florida 33020
                Telephone:  (954) 921-9994
                Facsimile:  (954) 921-9553
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn

## SERVICE LIST

Phillips & Cohen Associates, LTD., Corp
c/o Registered Agent
Mathew Phillips
900 S. Pine Island Road, Ste. 120
Plantation, FL 33324
Served via Regular U.S. Mail