**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONALD CUSSON,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:10-cv-1649-Orl-28GJK**

**PHILLIPS & COHEN ASSOCIATES, LTD,**
**CORP.,**

        **Defendant.**
_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 8), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice.  All pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of February, 2011.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party